■ WILLIAM A. MOSES, Respondent-Appellant, v HANNAH MOSES, Appellant-Respondent. [616 NYS2d 995] —Judgment, Supreme Court, New York County (Walter M. Schackman, J.), entered on or about May 14, 1993, unanimously affirmed for the reasons stated by Schackman, J., without costs or disbursements. No opinion. Concur—Murphy, P. J., Wallach, Kupferman and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR CLARK, Appellant. [616 NYS2d 946] —Judgment, Supreme Court, New York County (Edwin Torres, J.), rendered January 6, 1993, convicting defendant, upon his plea of guilty, of attempted robbery in the first degree, and sentencing him, as a persistent violent felony offender, to a term of 8 years to life, unanimously affirmed.

Defendant failed to raise the issue of the court's alleged coerciveness during the plea in his conclusory application to withdraw his guilty plea at the sentencing proceeding, and therefore has waived that claim *(People v Crafton,* 159 AD2d 271, *lv denied* 76 NY2d 733). In any event, if we were to reach the issue in the interest of justice, we would find the trial court properly informed defendant as to the possible sentences available under the indictment *(see, People v Stephens,* 188 AD2d 345, *lv denied* 81 NY2d 893). Concur—Murphy, P. J., Wallach, Kupferman and Asch, JJ.